**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2304**
_____

HESMAN TALL, a/k/a Hunter,

            Plaintiff - Appellant,

      v.

MV TRANSPORTATION,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:12-
cv-00417-RWT)

_____

Submitted:  February 26, 2013      Decided:  February 28, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hesman Tall, Appellant Pro Se.  Eric J. Janson, SEYFARTH SHAW,
LLP, Washington, DC, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his civil action alleging wrongful termination. We have reviewed the record and find no reversible error. Accordingly, we deny Tall leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Tall v. MV Transp., No. 8:12-cv-00417-RWT (D. Md. Sept. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED